IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSIE MAE POINTER                                                      PLAINTIFF

V.                            CASE NO. 4:13CV00449 JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS

CONSIDERED, ORDERED and ADJUDGED that the final determination of the

Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 2nd day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE